UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 18-cr-20128 |
| Plaintiff, | : | |
| | : | Hon. Judge Stephen Murphy, III |
| v. | : | |
| | : | |
| D-7, CALEB YOUNG, | : | |
| Defendant. | : | |

**STIPULATED ORDER PERMITTING LAPTOP AND OTHER DEVICES TO FCI MILAN -FBOP**

The Court upon being informed the parties stipulate to this Court entering this order and does hereby order Mr. Andrew D. Stacer be permitted to bring in a laptop computer, computer discs/DVD and/or USB flash drive, in addition to his file, while visiting his client, Caleb Young at FCI Milan-FBOP in order to review electronic discovery in this case, which is subject to Protective Order (#22) **allowing** Defendant to review these materials with Defense Counsel & **NOT allowing** Defendant to retain a copy.

SO ORDERED.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
Dated: June 19, 2018    United States District Court Judge


s/ April Russo with consent     s/ Andrew Stacer
Assistant United States Attorney    Attorney for Caleb Young
211 W. Fort St., Suite 2001     472 Starkweather St.
Detroit, MI 48226     Plymouth, MI 48170
313-226-9100     734-453-7878

Dated:     June 18, 2018