UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-7, CALEB YOUNG,

    Defendant.

                                /

Case No. 2:18-cr-20128

HON. STEPHEN J. MURPHY, III

**ORDER DENYING DEFENDANT'S
MOTION FOR RELEASE [94] AND AMENDED MOTION FOR RELEASE [95]**

Defendant Caleb Young is in custody awaiting his sentencing, which is scheduled for December 5 and 6, 2018. On October 15, 2018, Defendant filed an expedited motion for temporary release to attend his grandfather's funeral in Medina, Ohio on October 20, 2018. ECF 95.[1] In the motion, he asserts that he and his immediate family cannot afford to pay the U.S. Marshals to transport him to the funeral. *Id.* at 1105. Further, Defendant maintains that escort by the U.S. Marshals from Detroit to Medina is not feasible and "would not permit [him] to attend the memorial and visitation." *Id.* Defendant therefore seeks temporary release, to which the government objects. *Id.* at 1104. The government did not take a position on the possibility of the U.S. Marshals escorting Defendant while he remains in custody. *Id.*

Although the Court is sensitive to Defendant's desire to be with his family at this time, it will not modify the current conditions of detention. Only Defendant's counsel can

---

[1] Defendant's amended motion simply corrected the date of the memorial service. *Compare* ECF 95, PgID 1104 *with* ECF 94, PgID 1098.

1

request a specific accommodation from Defendant's prison custodian. The Court does not have that authority. The Court does have the authority, however, to order the U.S. Marshals to produce a prisoner for a private viewing of a deceased member of the prisoner's immediate family.[2] But Defendant has indicated that he is not seeking escort by the U.S. Marshals.

**WHEREFORE**, it is hereby **ORDERED** that Defendant's amended motion for release [95] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's emergency motion for release [94] is **DENIED**.

**SO ORDERED.**

                                                   s/ Stephen J. Murphy, III
                                                   STEPHEN J. MURPHY, III
                                                   United States District Judge

Dated: October 19, 18

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 19, 18, by electronic and/or ordinary mail.

                                                 s/ David Parker
                                                 Case Manager

---

[2] The U.S. Marshals' policy in the Eastern District of Michigan for prisoner visits to deathbed or private viewing are available at https://www.usmarshals.gov/district/mi-e/prisoners/funeral.htm.